# UNITED STATES DISTRICT COURT
for the
District of Minnesota

High Quality Printing Inventions, LLC,

                *Plaintiff,*

v.                                                      Case No. 0:15–cv–04256–DWF–HB

123Print, Inc, et al.,

                *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:    123Print, Inc

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Karin Ciano
                Karin Ciano Law PLLC
                310 4th Ave S Suite 5010
                Minneapolis, MN
                55415

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*        By:



Signature of Clerk or Deputy Clerk

Lynnette Brennan

Date of Issuance:  November 30, 2015

# Summons and Complaint Return of Service

Case No. 0:15–cv–04256–DWF–HB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:          123Print, Inc

Date of Service:

## Method of Service

___ Personally served at this address:

___ Left copies at defendant's usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

High Quality Printing Inventions, LLC,

                *Plaintiff,*

v.                                     Case No. 0:15–cv–04256–DWF–HB

123Print, Inc, et al.,

                *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To: CardsDirect, Inc., d/b/a Brookhollow Cards

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Karin Ciano
        Karin Ciano Law PLLC
        310 4th Ave S Suite 5010
        Minneapolis, MN
        55415

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*     By:



Signature of Clerk or Deputy Clerk
Lynnette Brennan

Date of Issuance:   November 30, 2015

# Summons and Complaint Return of Service

Case No. 0:15–cv–04256–DWF–HB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: CardsDirect, Inc., d/b/a Brookhollow Cards

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

High Quality Printing Inventions, LLC,

                *Plaintiff,*

v.                                                     Case No. 0:15–cv–04256–DWF–HB

123Print, Inc, et al.,

                *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:  Everglades Direct, Inc., d/b/a HRDirect

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Karin Ciano
        Karin Ciano Law PLLC
        310 4th Ave S Suite 5010
        Minneapolis, MN
        55415

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*        By:



Signature of Clerk or Deputy Clerk

Lynnette Brennan

Date of Issuance:  November 30, 2015

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:15–cv–04256–DWF–HB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Everglades Direct, Inc., d/b/a HRDirect

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

High Quality Printing Inventions, LLC,

                        *Plaintiff,*

v.                                                             Case No. 0:15–cv–04256–DWF–HB

123Print, Inc, et al.,

                        *Defendant.*

## SUMMONS IN A CIVIL ACTION

To: PaperDirect, Inc.

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Karin Ciano
        Karin Ciano Law PLLC
        310 4th Ave S Suite 5010
        Minneapolis, MN
        55415

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*    By:



Signature of Clerk or Deputy Clerk
Lynnette Brennan

Date of Issuance:  November 30, 2015

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:15–cv–04256–DWF–HB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: PaperDirect, Inc.

Date of Service:

## Method of Service

_____ Personally served at this address:

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

High Quality Printing Inventions, LLC,

                *Plaintiff,*

v.                                                  Case No. 0:15–cv–04256–DWF–HB

123Print, Inc, et al.,

                *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:   Pear Tree Greetings, Inc.

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

            Karin Ciano
            Karin Ciano Law PLLC
            310 4th Ave S Suite 5010
            Minneapolis, MN
            55415

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*      By:



Signature of Clerk or Deputy Clerk
Lynnette Brennan

Date of Issuance:  November 30, 2015

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:15–cv–04256–DWF–HB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:        Pear Tree Greetings, Inc.

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

High Quality Printing Inventions, LLC,

                *Plaintiff,*

v.                                                   Case No. 0:15–cv–04256–DWF–HB

123Print, Inc, et al.,

                *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:   Thayer Publishing, Inc., d/b/a Cordial Greetings

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Karin Ciano
                Karin Ciano Law PLLC
                310 4th Ave S Suite 5010
                Minneapolis, MN
                55415

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*        By:



Signature of Clerk or Deputy Clerk
Lynnette Brennan

Date of Issuance:  November 30, 2015

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:15–cv–04256–DWF–HB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Thayer Publishing, Inc., d/b/a Cordial Greetings

Date of Service: _____

## Method of Service

___ Personally served at this address:
_____
_____
_____

___ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

___ Other (specify):
_____
_____
_____

___ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:** Travel $_____  Service $_____  Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____